UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANTIJUAN LACY,

Plaintiff,

Case No. 26-cv-12779
Hon. Matthew F. Leitman

v.

ARMARK, et al.

Defendant.
______________________________________________________________/

**ORDER TERMINATING AS MOOT APPLICATION TO PROCEED IN FORMA PAUPERIS AND DIRECTING RETAINED COUNSEL TO PAY FILING FEE**

Plaintiff originally filed this action pro se. He also filed an application to proceed in forma pauperis. He has now retained counsel, and counsel has filed an Amended Complaint. Given the appearance of retained counsel, the Court terminates as moot the application to proceed in forma pauperis and directs counsel to pay the filing fee by not later than **September 11, 2026**.

**IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated: August 26, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on August 26, 2026, by electronic means and/or ordinary mail.

s/Holly A. Ryan
Case Manager
(313) 234-5126